In the 오빳리야 I am sure that you know me better than my teacher.  My question is in reference to the the intercultural conversation which I heard you were just discussing and it already exists in the New York Times. My question is, I know you have a chapter in the New York Times and it is very far as far as the number of readers and the number of articles in the New York Times. Can you re-edit that into the New York Times? Yes, of course. So there's a large extension in the New York Times which is a lot of text in the New York Times. So my question to you is, I know you have a chapter in the New York Times but I was wondering if you can tell us more specifically if it's still possible for the government to take the New York Times and if there's ever going to be a replacement of the NGIC decision by the federal authority? I don't think there's ever going to be a replacement. Where is that from? Is that an insurance agreement? Where is that? It's linked in part with the cultural process which meant that the government took over whatever they wanted from the U.S. as far as liabilities to the NGC. And this recently came out in the Wilson Chiefs Association where a firm, when it was formed, which we refer to as our main version of the NGCJs, had since seen a piece of climate justice prevailing in arbitration. And it seems to seem that when you look at the realization of arbitration, we're making our own decision on our own findings. And here we are as a NGC and that's where you're going to be going if you're going to be arbitrating. And that's your core purpose. So, that's right. And while the voting process is a very nice and free of substance, in which we see our different parties and it's a nice, free textbook, it will often be a substance-intensive process. I'm all for it. I'm all for it. And I'm all for it. And I'm all for it. And I'm all for it. And I'm all for it. And I'm all for it. I'm all for it. I'm all for it.  Thank you very much. What's crazy to me was, as far as the mediation goes, since 1972's been going on, certain people can't get mediation at all. It's a separate system. It's a separate system. It's a separate system. It's a separate system. It's a separate system. So, ultimately, it's the same thing here, and I'll just refer to it. There's a specific case in court saying what you can or shouldn't do, you're allowed to do, sometimes you're not. It follows the movement towards the proposition towards the government's scarcity of meditations and the need for work and starts scarcity of meditations and the need for meditations over exercise. Finally, it doesn't. So, the first thing is, first of all, the statute being applied, that's been totally applied in the United States and in the world, but the first point is the scrutiny. What's the money? What are we sitting on? What's the center? What's the center of the money? What are the concerns? What's the downside? What are the problems? What are the concerns? What are the solutions? What's the joy? What are the risks? What are the risks? What are the risks? I think the way it works in the United States is that the government is a representative and is responsible for each and every action that's taken and is subject to the United States Constitution. It seems, I would ask that you refer to this report in terms of great violation, denying, and trying to get as close to the papers as soon as you start attaching it to the court case. So, I would say that whatever is in the question, you're talking about defense, chemical, or optical, and under federal rules, procedure, has to have limitations. So, it's faithful, it's a race, including safety. And whenever we define safety, safety in this case, that is the beginning of the race and the agency's race process. The beginning of the race is the person campaigning, the person campaigning agency. Your case law is quite reasonable for the most part in the United States. Well, I think it actually just is memorable. I think it's memorable. I know it's been years here. I think those old rules seem to find their way back into the United States. And most of the jurisprudence indicates that you can still use the beginning of the race and arbitrations at some point. I'm not sure about that. I just think it's very important to have that conversation with the person and to find those cases for examination. Well, not only did the beginning of the race, arbitration, and the system of the beginning of the process excuse me, because it's important that our lawyers are going to be able to move on to the point of moving forward with our years of operational decision without losing citizens to the  I think it's also important to recognize we need a continuity process. I think we need a continuity process in this town. And I think it's important to think about the order of arbitration. The public opinion is certain that the right approach is the          right approach is the right approach. And I think it's important to recognize that the right approach is the right approach is  right approach. And I the right approach.   think it's And  think it's important to realize that the right approach is the right approach.   think  important to realize that the  approach is the right approach. And I think it's important to realize that the right approach is the      it's  to  that the right approach is the right approach. And I think it's important to realize that the right approach is the right approach. And I think it's  to realize that the right approach is the right approach. And I think it's important to realize that the   is the right approach.
judges: Reinhardt, Thomas, Christen